**"NO COPY"**

```
                                    ✓  ____ FILED        ____ RECEIVED
                                       ____ ENTERED      ____ SERVED ON
                                                COUNSEL/PARTIES OF RECORD

                                            SEP 2 4 2020

                                       CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA

                                    BY: _____ DEPUTY
```

1  LYNN V. RIVERA, ESQ.
   NEVADA BAR NO. 6797
2  **BURNHAM BROWN**
   A Professional Law Corporation
3  200 S. Virginia Street, 8th Floor
   Reno, Nevada 89501
4  ---
   Telephone:   (775) 398-3065
5  Facsimile:   (877) 648-5288
   Email:       lrivera@burnhambrown.com
6
   Attorneys for Defendant
7  STARBUCKS CORPORATION

8

9

10                  UNITED STATES DISTRICT COURT

11                       STATE OF NEVADA

12  YOLANDA WELLS,                    Case No. 3:20-cv-00547

13              Plaintiff,
                                      **DEFENDANT STARBUCKS
14  vs.                              CORPORATION'S PETITION FOR
                                      REMOVAL AND DEMAND FOR A
15  STARBUCKS CORPORATION, and DOES   JURY TRIAL**
    I – V,
16
                Defendants.
17

18      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19      PLEASE TAKE NOTICE that Defendants STARBUCKS CORPORATION by and

20  through its counsel of record, Burnham Brown hereby petitions for the removal of the above-

21  captioned action from the First Judicial District Court in Carson City, Nevada to the United

22  States District Court for the State of Nevada, Reno, for the reasons described below:

23      1.      Plaintiff Yolanda Wells ("Plaintiff") filed a first amended complaint naming

24  Starbucks Corporation ("Starbucks") as a Defendant. See Declaration of Lynn Rivera in

25  support of Petition for Removal ("Rivera Dec."), ¶ 2, Ex. A.

26      2.      On August 19, 2020, Plaintiff's first amended complaint was filed in Carson

27  City, Nevada as Case No. 20-TRT-000521B. See Rivera Dec., ¶¶ 1-2.

28

---

1

Paid Amt $ 400⁰⁰   Date 9/24/20
NVBND 50 60
Receipt # _____   Initials LW

3.    Defendant Starbucks was served with Plaintiff's summons and first amended complaint on August 25, 2020. See Rivera Dec., ¶ 3.

4.    On September 14, 2020, Defendant Starbucks filed its timely answer to the Plaintiff's first amended complaint in the First Judicial District Court in Carson City, Nevada. See Rivera Dec., ¶ 4.

5.    In the first amended complaint, Plaintiff alleges she is a resident of Carson City, Nevada. See Rivera Dec., ¶ 5.

6.    Plaintiff alleges Starbucks is a foreign corporation doing business in Carson City, Nevada. See Rivera Dec., ¶ 6.

7.    Plaintiff alleges one claim each of negligence against Starbucks. See Rivera Dec., ¶ 7.

8.    Specifically, Plaintiff alleges she sustained a hand injury, on August 24, 2018, when a restroom door with a broken hinge closed on her hand. See Rivera Dec., ¶ 8.

9.    In July of 2020, Starbucks received a pre-litigation confidential settlement demand dated July 21, 2020. The settlement demand was sent in writing and provided Starbucks with notice that the amount in controversy in this matter exceeded $75,000. See Rivera Dec., ¶ 11.

10.    Defendant Starbucks was therefore able to ascertain that Plaintiff's case was removable with an amount in controversy exceeding $75,000 after receipt of the confidential settlement demand prior to the time that it was served with the complaint. See Rivera Dec., ¶ 11.

**JURISDICTION**

11.    This matter is removable pursuant to 28 U.S.C. Sections 1332 and 1446(b) because the amount in controversy is alleged to exceed $75,000, exclusive of interests and costs.

12.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332. This case may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a case that could have been commenced in federal

DEFENDANT STARBUCKS CORPORATION'S PETITION FOR REMOVAL        No.
AND DEMAND FOR A JURY TRIAL

court because it is a civil action between citizens of different states, and that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Plaintiff and Defendant Starbucks, are, and have been, citizens of different states at all times, and therefore, complete diversity exists in this action, as stated below:

13. **Plaintiff's Citizenship**: Plaintiff is a citizen of the State of Nevada because she resides and is domiciled in Carson City, Nevada. See Rivera Dec., ¶ 7. For purposes of evaluating diversity, a person is a "citizen" of the state in which he is domiciled. See Kantor v. Wellesley Galleries, Ltd., 704 F.2d 1088 (9th Cir. 1983); Kantor v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) (a person's domicile is the place he resides with the intent to remain.) Accordingly, Plaintiff is a citizen of the State of Nevada.

14. **Defendant's Citizenship**: For purposes of diversity jurisdiction, a corporation "shall be deemed to be a citizen of every State. . . .by which it has been incorporated and of the State. . .where it has its principal place of business. . . ." 28 U.S.C. § 1332(c)(1). In accordance with, and pursuant to Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990), if one state does not contain a substantial predominance of corporate operations, courts are to apply the "nerve center" test to determine a corporation's principal place of business. Tosco Corp. v. Communities for a Better Environment, 236 F.3d 495, 500 (9th Cir. 2001). The national corporation's principal place of business is determined by identifying the state "where the majority of the corporation's executives and administrative functions are performed." Id. This test is particularly appropriate where a corporation's activities are widespread and its operations are conducted in many states. Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990).

Here, the partners, sales, production activities, income, and purchases of Starbucks are spread across multiple states and no one state substantially predominates. See Rivera Decl., ¶ 10. The corporate offices of Starbucks are located in Seattle, Washington, and the majority of the executives, managerial and administrative functions of Starbucks occur in Seattle, Washington. See Rivera Decl. ¶¶ 9-10.

DEFENDANT STARBUCKS CORPORATION'S PETITION FOR REMOVAL     No.
AND DEMAND FOR A JURY TRIAL

15.     Defendant Starbucks is a corporation incorporated under the laws of the

Washington, with its headquarters and its principal place of business in Seattle, Washington.

See Rivera Dec. ¶ 9. Accordingly, Starbucks is a citizen of Washington.  Hertz Corp. v. Friend,

559 U.S. 77, 92-93 (2010) ("We conclude that 'principal place of business' is best read as

referring to the place where a corporation's officers direct, control, and coordinate the

corporation's activities."); Breitman v. May Co. Cal., 37 F.3d 562, 564 (9th Cir. 1994) (ruling

that corporation was citizen of state in which its corporate headquarters were located and where

its executive and administrative functions were performed).

## AMOUNT IN CONTROVERSY

16.     In July of 2020, Starbucks received a pre-litigation confidential settlement

demand on July 21, 2020.  See Rivera Dec. ¶ 11.  The written settlement demand was sent by

mail and provided Starbucks with notice that the amount in controversy in this matter

exceeded $75,000. See Rivera Dec. ¶ 11.  The conveyance of the confidential settlement

demand placed Starbucks on notice that it could remove this case to the United States District

Court.

17.     This Notice of Removal is timely filed under 28 U.S.C. section 1446 (b) (3) in

that Starbucks removes this matter, pursuant to FRCP 26, within 30 days of service of the

Complaint served on Starbucks on August 25 2020. At the time that Defendants were served

with the complaint, Starbucks was aware that the amount in controversy exceeded $75,000.  See

Rivera Dec. ¶ 11.

18.     Therefore, this Petition for Removal is timely filed pursuant to FRCP 26 within

30 days of service of the Complaint.

## NOTICE TO ADVERSE PARTIES

19.     Defendants' Notice to Adverse Parties of Removal is being contemporaneously

filed in Case No. A-20-817587-C in the First Judicial District Court, in and for the County of

Clark, Nevada.

20.     Pursuant to the provisions of U.S.C. section 1446, Defendants attach herewith and

4

incorporate herein by reference, copies of the following documents from the Clark County

District Court file and/or documents served by and upon the Defendants in this action:

    (a)  Plaintiff's  First Amended Complaint (a true and correct copy of which is

        attached hereto as Exhibit 1);

    (b) Defendants' Answer to Plaintiff's  First Amended Complaint (a true and correct

        copy of which is attached hereto as Exhibit 2); and

    (c) Declaration of Lynn Rivera (a true and correct copy of which is attached hereto as

        Exhibit 3).

## NOTICE TO PLAINTIFF AND STATE COURT

    21.    Immediately following the filing of this notice of removal of action, written

notice of this filing will be served on Plaintiff and will be filed with the Clerk of the First

Judicial District Court in and for Carson City, State of Nevada in accordance with 28

U.S.C. Section 1446(d).

## DEMAND FOR JURY TRIAL

    22.    Defendants demand a jury trial of twelve jurors pursuant to FRCP 48.

## PRAYER

    WHEREFORE, Defendant prays that the above-entitled action, currently pending in the

First Judicial District Court of the State of Nevada, in and for Carson City, be removed to the

United States District Court for the District of Nevada, and that this action proceed in this

Court as an action properly removed thereto pursuant to 28 U.S.C. section 1441, et seq.


DATED this 24th day of September, 2020    BURNHAM BROWN

                                  */s/ Lynn V. Rivera*
                                  LYNN V. RIVERA
                                  NEVADA BAR NO. 6797
                                  200 S. Virginia Street, 8th Floor
                                  Reno, Nevada 89501
                                  Attorneys for Defendant
                                  STARBUCKS CORPORATION

4828-0210-9644, v. 1

DEFENDANT STARBUCKS CORPORATION'S PETITION FOR REMOVAL    No.
AND DEMAND FOR A JURY TRIAL



# EXHIBIT 1

Case No. 20 TRT 000521

Dept. No. I

# In The First Judicial District Court of the State of Nevada

## In and for Carson City

YOLANDA WELLS,

Plaintiff(s),

vs.

STARBUCKS CORPORATION, and DOES I-V,

Defendant(s).

<u>SUMMONS</u>
1st Amended Complaint

---

### THE STATE OF NEVADA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT:

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.**

TO THE DEFENDANT:  A civil Complaint has been filed by the plaintiff against you.

1.  If you wish to defend this lawsuit, you must, within 20 days after this Summons is served on you, exclusive of the day of service, file with this Court a written pleading* in response to this Complaint.
2.  Unless you respond, your default will be entered upon application of the plaintiff, and this Court may enter a judgment against you for the relief demanded in the Complaint**, which could result in the taking of money or property or the relief requested in the Complaint.
3.  If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
4.  You are required to serve your response upon plaintiff's attorney, whose address is

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
KILPATRICK, ADLER & BULLENTINI
412 No. Division Street
Carson City, NV  89703
(775)882-6112

AUBREY ROWLATT, Clerk of the Court

**S. BARAJAS**

By: _____ Deputy Clerk

Date: August 19 , 20 20

*There is a fee associated with filing a responsive pleading. Please refer to fee schedule.
**Note – When service by publication, insert a brief statement of the object of the action.  See Rule 4.

### RETURN OF SERVICE ON REVERSE SIDE

CHARLES M. KILPATRICK, ESQ.
Nevada State Bar No. 00275
ANGELA D. BULLENTINI, ESQ.
Nevada State Bar No. 10524
ADAM L. WOODRUM, ESQ.
Nevada State Bar No. 10284
KILPATRICK BULLENTINI
412 North Division Street
Carson City, Nevada  89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

**REC'D & FILED**

AUG 1 9 2020
Date

AUBREY ROWLATT
CLERK

By  S. BARAJAS  Deputy

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR CARSON CITY

YOLANDA WELLS,                           CASE NO. 20 TRT 00052 1 B

                    Plaintiff,            DEPT. NO. I

vs.

STARBUCKS CORPORATION,
and DOES I-V,

                    Defendants.

## 1st AMENDED COMPLAINT

COMES NOW Plaintiff, YOLANDA WELLS, by and through her undersigned counsel, KILPATRICK BULLENTINI and for cause of action against the Defendant above named alleges and states as follows:

I

That the true names or capacities, whether individual, corporate, or associates, agents or employees of the Defendants, and all of them named herein as DOES I-V, are unknown to the Plaintiffs who therefore sues said Defendants by such fictitious names.  The Plaintiff prays leave to

///
///
///
///
///

1

amend this Complaint to show the true names and capacities when the same have been fully determined.

II

That at all times relevant to these proceedings, the Plaintiff was and remains a resident of Carson City, State of Nevada.

III

That Defendant, STARBUCKS CORPORATION was and remains a foreign corporation or other business entity doing business in Carson City, State of Nevada.

IV

That on or about August 24, 2018, the Plaintiff sustained a hand injury caused by a restroom door that closed on her hand because the door had a broken hinge, inside of the Defendant's business located in Carson City, State of Nevada.

V

That Plaintiff's injuries sustained in the above-referenced incident were a direct and proximate result of the negligent failure of the Defendant to maintain the restrooms in a reasonably safe and proper working condition.

VI

That as a direct and proximate result of the negligent conduct of the Defendant, the Plaintiff has sustained certain personal injuries the exact nature and extent of which are unknown at this time. The Plaintiff has incurred medical expenses and is entitled to an award of damages to reasonably compensate her for those medical expenses, and general damages, and appropriate damages for any residual impairment and future medical expenses all in excess of $15,000 as are recoverable consistent with Nevada law.

VII

That the Plaintiff has been required to retain the services of counsel and has incurred costs of suit herein.

VIII

That the Plaintiff is not a debtor in bankruptcy.

///

///

KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168

WHEREFORE, the Plaintiff prays for Judgment against the Defendant as follows:

1.     For money damages in excess of $15,000 in an amount to be determined at the time of trial or hearing.

2.     For a reasonable attorney's fee together with costs of suit and interest as provided by statute.

3.     For such other and further relief as may be deemed proper by this court.

DATED this _18_ day of _____, 2020.

KILPATRICK BULLENTINI

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
*Attorneys for Plaintiff*

KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168

3



"COPY RETURNED

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

SEP 2 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# EXHIBIT 2

REC'D & FILED ✓
SEP 1 4 2020
_____ Date
AUBREY ROWLATT
CLERK
By _____KP~_____ Deputy

1 | **ANS**
LYNN V. RIVERA, ESQ.
2 | NEVADA BAR NO. 6797
**BURNHAM BROWN**
3 | A Professional Law Corporation
200 S. Virginia Street, 8ᵗʰ Floor
4 | Reno, Nevada 89501
---
5 | Telephone:    (775) 398-3065
Facsimile:    (877) 648-5288
6 | Email:    lrivera@burnhambrown.com

7 | Attorneys for Defendant
STARBUCKS CORPORATION

8

9

10 | IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

11 | IN AND FOR CARSON CITY

12 | YOLANDA WELLS,

Case No. ~~20TRT 00021B~~  20TRT 00052 18

13 | Plaintiff,

Dept. No. I   88vr

14 | vs.

**DEFENDANT STARBUCKS**
15 | STARBUCKS CORPORATION, and DOES
I – V,
**CORPORATION'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

16 | Defendants.

17

18 | Defendant STARBUCKS CORPORATION ("Defendant"), by and through its attorneys,

19 | BURNHAM BROWN, a Professional Law Corporation, and in answer to Plaintiff's First Amended

20 | Complaint ("Complaint") on file herein admits, denies, and alleges as follows:

21 | **I**

22 | Defendant is without sufficient knowledge to form a belief as to the truth or falsity of

23 | the allegations contained in Paragraph I of Plaintiff's Complaint.

24 | **II**

25 | Defendant is without sufficient knowledge to form a belief as to the truth or falsity of

26 | the allegations contained in Paragraph II of Plaintiff's Complaint.

27 | **III**

28 | Defendant admits the allegations contained in Paragraph III of Plaintiff's Complaint.

1

DEFENDANT STARBUCKS CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

No. 20TRT 000521B
PCL

**IV**

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph IV of Plaintiff's Complaint.

**V**

Defendant denies the allegations contained in Paragraph V of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff caused or contributed to any damages that Plaintiff may have sustained and Plaintiff breached a duty of care owed to Defendant.

### THIRD AFFIRMATIVE DEFENSE

That the damages sustained by the Plaintiff, if any, were caused by acts of unknown third persons who were not agents, servants or partners of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and, as such, this Defendant is not liable in any manner to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff had knowledge of and was fully aware of the risk, and assumed any risk incident thereto by a voluntary use thereof. The damages alleged by Plaintiff were caused by and arose out of such risk.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has waived or is estopped from alleging the matters set forth in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that it has performed and discharged any and all obligations and legal duties arising out of the matters set forth in the Complaint.

2

## EIGHTH AFFIRMATIVE DEFENSE

All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Plaintiff's Complaint and, therefore, this answering Defendant reserves the right to amend this Answer to allege additional affirmative defenses, if subsequent investigation so warrants.

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by reason of her Complaint on file herein;

2.    For reasonable attorney's fees;

3.    For costs of suit incurred herein; and

4.    For such other and further relief as the Court deems just and proper.

## AFFIRMATION

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding pleading **does not contain the social security number of any person**.

DATED:  September 14, 2020

BURNHAM BROWN

By _____
LYNN V. RIVERA
NEVADA BAR NO. 6797
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: (775) 398-3065

Attorneys for Defendant
STARBUCKS CORPORATION

4830-6426-9258, v. 1

---

3
DEFENDANT STARBUCKS CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

No.  20TRT 000821B

8

Re:        Yolanda Wells v. Starbucks Corporation, et al.
Court:     Eight District Court Clark County
Action No: 20 TRT 000821B

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, Suite 1400, Oakland, Alameda County, California 94612-3523 (mailing address: Post Office Box 119, Oakland, California 94604-0119).

On September 14, 2020 , I served the following document(s) in the following manner(s):

### SEE LIST OF DOCUMENTS

☒    **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below

| | |
|---|---|
| Charles M. Kilpatrick, Esq.<br>Angela D. Bullentini, Esq.<br>Adam L. Woodrum, Esq.<br>KILPATRICK BULLENTINI<br>412 North Division street<br>Carson City, NV  89703<br>Tel:  (775) 882-6112<br>Fax: (775) 882-6114<br>Email: | Attorneys for Plaintiff<br>YOLANDA WELLS |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATE:      September 14, 2020

_/s/ Peggy Ortega_
An empployee of Burnham Brown

4833-3316-3978, v. 1

---

3
DEFENDANT STARBUCKS CORPORATION'S INITIAL APPEARANCE FEE     No. 20TRT 000821B
DISCLOSURE



"COPY RETURNED

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
COUNSEL/PARTIES OF RECORD

SEP 2 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# EXHIBIT 3

1  LYNN V. RIVERA, ESQ.
   NEVADA BAR NO. 6797
2  **BURNHAM BROWN**
   A Professional Law Corporation
3  200 S. Virginia Street, 8th Floor
   Reno, Nevada 89501
4  ---
   Telephone:    (775) 398-3065
5  Facsimile:     (877) 648-5288
   Email:         lrivera@burnhambrown.com
6
   Attorneys for Defendant
7  STARBUCKS CORPORATION

8

9

10                 UNITED STATES DISTRICT COURT

11                     STATE OF NEVADA

12  YOLANDA WELLS,                          Case No.

13              Plaintiff,

                                       **DECLARATION OF LYNN RIVERA**
14  vs.                                **IN SUPPORT OF DEFENDANT**
                                       **STARBUCKS CORPORATION'S**
15  STARBUCKS CORPORATION, and DOES    **PETITION FOR REMOVAL AND**
    I – V,                             **DEMAND FOR A JURY TRIAL**
16
              Defendants.
17

18          I, Lynn Rivera, declare:

19          I am an attorney licensed to practice in the State of Nevada and admitted to practice

20  before the United States District Court for the District of Nevada.  I am a Partner at the law firm

21  of Burnham Brown, counsel for Defendant STARBUCKS CORPORATION ("Starbucks") in

22  this action.  The following is based on my personal knowledge and, if called as a witness, I could

23  and would testify competently thereto.

24          1.      Plaintiff Yolanda Wells filed a first amended complaint naming Starbucks

25  Corporation ("Starbucks") as a Defendant on August 19, 2020.

26          2.      Plaintiff's first amended complaint was filed in the First Judicial District

27  Court in Carson City, Nevada as Case No. 20-TRT-000521B.  A true and correct copy of

28
                                          1
    DECLARATION OF LYNN RIVERA IN SUPPORT OF DEFENDANT          No.
    STARBUCKS CORPORATION'S PETITION FOR REMOVAL AND DEMAND
    FOR A JURY TRIAL

1   Plaintiff's amended complaint is attached hereto as <u>Exhibit A.</u>

2         3.    Defendant Starbucks Corporation was served with Plaintiff's summons and

3   first amended complaint on August 25, 2020.

4         4.    On September 14, 2020, Defendant Starbucks filed a timely answer to the

5   Plaintiff's first amended complaint in Carson City, Nevada. A true and correct copy of

6   Defendant's answer to Plaintiff's amended complaint is attached hereto as <u>Exhibit B.</u>

7         5.    In the first amended complaint, Plaintiff alleges she is a resident of Carson

8   City, Nevada. <u>See</u> Ex. A, ¶ II.

9         6.    Plaintiff alleges Starbucks is a foreign corporation doing business in Carson

10   City, Nevada. <u>See</u> Ex. A, ¶ III.

11         7.    Plaintiff alleges one claim of negligence against Starbucks allegedly

12   occurring on August 24, 2018, at a Starbucks store located in Carson City, Nevada. <u>See</u> Ex.

13   A, ¶¶ V-VI.

14         8.    Specifically, Plaintiff alleges a restroom door with a broken hinge closed on

15   her hand resulting in injury. <u>See</u> Ex. A, ¶ IV.

16         9.    Defendant Starbucks, at the time of the filing of the above-entitled action, was

17   and still is, a citizen and resident of Washington. Starbucks is a Washington corporation having

18   its principal place of business in Seattle, Washington.

19         10.    The partners, sales, production activities, tangible properties, income, purchases,

20   etc. of Starbucks are spread across multiple states and multiple counties and no one state

21   substantially predominates. The corporate offices of Starbucks are located in Seattle,

22   Washington.  The majority of executive and administrative functions at Starbucks occur in

23   Seattle, Washington.

24         11.  On July 21, 2020, Starbucks received a pre-litigation confidential settlement

25   demand. The settlement demand was sent by mail and provided Starbucks with notice that the

26   amount in controversy in this matter exceeded $75,000.

27         12.    The conveyance of the confidential settlement demand placed Starbucks on notice

28

DECLARATION OF LYNN RIVERA IN SUPPORT OF DEFENDANT           No.
STARBUCKS CORPORATION'S PETITION FOR REMOVAL AND DEMAND
FOR A JURY TRIAL

1  that the amount in controversy in this matter exceeded $75,000. Therefore, at the time Starbucks

2  was served with the Complaint, on August 25, 2020, it was on notice that the case could be

3  removed to the United States District Court.

4        I declare under penalty of perjury under the laws of the State of Nevada and the United

5  States of America that the foregoing is true and correct and that this declaration was executed on

6  September 24, 2020 at Reno, Nevada.

7  

8  _____

    LYNN V. RIVERA

9  

10  4835-3991-3932, v. 1

11  

12  

13  

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

3

No.

DECLARATION OF LYNN RIVERA IN SUPPORT OF DEFENDANT
STARBUCKS CORPORATION'S PETITION FOR REMOVAL AND DEMAND
FOR A JURY TRIAL



"COPY RETURNED

____ FILED          _____ RECEIVED
____ ENTERED       _____ SERVED ON
        COUNSEL/PARTIES OF RECORD

SEP 2 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# EXHIBIT A

Case No. 20 TRT 00052

Dept. No. I

# In The First Judicial District Court of the State of Nevada

# In and for Carson City

YOLANDA WELLS,

Plaintiff(s),

vs.

STARBUCKS CORPORATION, and DOES I-V,

Defendant(s).

**SUMMONS**
1st Amended Complaint

### THE STATE OF NEVADA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT:

**NOTICE!  YOU HAVE BEEN SUED.  THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS.  READ THE INFORMATION BELOW.**

TO THE DEFENDANT:  A civil Complaint has been filed by the plaintiff against you.

1. If you wish to defend this lawsuit, you must, within 20 days after this Summons is served on you, exclusive of the day of service, file with this Court a written pleading* in response to this Complaint.
2. Unless you respond, your default will be entered upon application of the plaintiff, and this Court may enter a judgment against you for the relief demanded in the Complaint**, which could result in the taking of money or property or the relief requested in the Complaint.
3. If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
4. You are required to serve your response upon plaintiff's attorney, whose address is

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
KILPATRICK, ADLER & BULLENTINI
412 No. Division Street
Carson City, NV  89703
(775)882-6112

AUBREY ROWLATT, Clerk of the Court

**S. BARAJAS**

By: _____, Deputy Clerk

Date: August 19, 2020

*There is a fee associated with filing a responsive pleading. Please refer to fee schedule.
**Note – When service by publication, insert a brief statement of the object of the action.  See Rule 4.

### RETURN OF SERVICE ON REVERSE SIDE

CHARLES M. KILPATRICK, ESQ.
Nevada State Bar No. 00275
ANGELA D. BULLENTINI, ESQ.
Nevada State Bar No. 10524
ADAM L. WOODRUM, ESQ.
Nevada State Bar No. 10284
KILPATRICK BULLENTINI
412 North Division Street
Carson City, Nevada 89703
Tel: (775) 882-6112
Fax: (775) 882-6114
*Attorneys for Plaintiff*

**REC'D & FILED**

AUG 1 9 2020

Date

AUBREY ROWLATT
CLERK

By  S. BARAJAS  Deputy

IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR CARSON CITY

YOLANDA WELLS,

        Plaintiff,

vs.

STARBUCKS CORPORATION,
and DOES I-V,

        Defendants.

CASE NO. 20 TRT 00052 1 B

DEPT. NO. I

## 1st AMENDED COMPLAINT

COMES NOW Plaintiff, YOLANDA WELLS, by and through her undersigned counsel, KILPATRICK BULLENTINI and for cause of action against the Defendant above named alleges and states as follows:

I

That the true names or capacities, whether individual, corporate, or associates, agents or employees of the Defendants, and all of them named herein as DOES I-V, are unknown to the Plaintiffs who therefore sues said Defendants by such fictitious names. The Plaintiff prays leave to

///
///
///
///
///

1

*KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168*

amend this Complaint to show the true names and capacities when the same have been fully determined.

II

That at all times relevant to these proceedings, the Plaintiff was and remains a resident of Carson City, State of Nevada.

III

That Defendant, STARBUCKS CORPORATION was and remains a foreign corporation or other business entity doing business in Carson City, State of Nevada.

IV

That on or about August 24, 2018, the Plaintiff sustained a hand injury caused by a restroom door that closed on her hand because the door had a broken hinge, inside of the Defendant's business located in Carson City, State of Nevada.

V

That Plaintiff's injuries sustained in the above-referenced incident were a direct and proximate result of the negligent failure of the Defendant to maintain the restrooms in a reasonably safe and proper working condition.

VI

That as a direct and proximate result of the negligent conduct of the Defendant, the Plaintiff has sustained certain personal injuries the exact nature and extent of which are unknown at this time. The Plaintiff has incurred medical expenses and is entitled to an award of damages to reasonably compensate her for those medical expenses, and general damages, and appropriate damages for any residual impairment and future medical expenses all in excess of $15,000 as are recoverable consistent with Nevada law.

VII

That the Plaintiff has been required to retain the services of counsel and has incurred costs of suit herein.

VIII

That the Plaintiff is not a debtor in bankruptcy.

///

///

*KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168*

2

WHEREFORE, the Plaintiff prays for Judgment against the Defendant as follows:

1.    For money damages in excess of $15,000 in an amount to be determined at the time of trial or hearing.

2.    For a reasonable attorney's fee together with costs of suit and interest as provided by statute.

3.    For such other and further relief as may be deemed proper by this court.

DATED this _18_ day of _____, 2020.

KILPATRICK BULLENTINI

CHARLES M. KILPATRICK, ESQ.
ADAM L. WOODRUM, ESQ.
*Attorneys for Plaintiff*

*KILPATRICK BULLENTINI 412 North Division St. Carson City, Nevada 89703-4168*

3



"COPY RETURNED

FILED        RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 4 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# EXHIBIT B

REC'D & FILED ✓
SEP 1 4 2020

Date

AUBREY ROWLATT
CLERK

By _____KP_____ Deputy

1  **ANS**
   LYNN V. RIVERA, ESQ.
2  NEVADA BAR NO. 6797
   **BURNHAM BROWN**
3  A Professional Law Corporation
   200 S. Virginia Street, 8ᵗʰ Floor
4  Reno, Nevada 89501
   ---
5  Telephone:    (775) 398-3065
   Facsimile:    (877) 648-5288
6  Email:        lrivera@burnhambrown.com

7  Attorneys for Defendant
   STARBUCKS CORPORATION

8

9

10            IN THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

11                   IN AND FOR CARSON CITY   20 TRT 0005 2 18

12  YOLANDA WELLS,                    Case No. ~~20TRT 000421B~~

13            Plaintiff,                              88vr

                                      Dept. No. I
14  vs.
                                      **DEFENDANT STARBUCKS**
15  STARBUCKS CORPORATION, and DOES   **CORPORATION'S ANSWER TO**
    I – V,                            **PLAINTIFF'S FIRST AMENDED**
16                                    **COMPLAINT**
            Defendants.
17

18      Defendant STARBUCKS CORPORATION ("Defendant"), by and through its attorneys,

19  BURNHAM BROWN, a Professional Law Corporation, and in answer to Plaintiff's First Amended

20  Complaint ("Complaint") on file herein admits, denies, and alleges as follows:

21                                          I

22      Defendant is without sufficient knowledge to form a belief as to the truth or falsity of

23  the allegations contained in Paragraph I of Plaintiff's Complaint.

24                                          II

25      Defendant is without sufficient knowledge to form a belief as to the truth or falsity of

26  the allegations contained in Paragraph II of Plaintiff's Complaint.

27                                         III

28      Defendant admits the allegations contained in Paragraph III of Plaintiff's Complaint.

                                            1

DEFENDANT STARBUCKS CORPORATION'S ANSWER TO PLAINTIFF'S         No. 20TRT 000421B
FIRST AMENDED COMPLAINT                                                PCL

**IV**

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph IV of Plaintiff's Complaint.

**V**

Defendant denies the allegations contained in Paragraph V of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff caused or contributed to any damages that Plaintiff may have sustained and Plaintiff breached a duty of care owed to Defendant.

### THIRD AFFIRMATIVE DEFENSE

That the damages sustained by the Plaintiff, if any, were caused by acts of unknown third persons who were not agents, servants or partners of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and, as such, this Defendant is not liable in any manner to the Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff had knowledge of and was fully aware of the risk, and assumed any risk incident thereto by a voluntary use thereof. The damages alleged by Plaintiff were caused by and arose out of such risk.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff has waived or is estopped from alleging the matters set forth in the Complaint.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that it has performed and discharged any and all obligations and legal duties arising out of the matters set forth in the Complaint.

2

DEFENDANT STARBUCKS CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

No. 20TRT 000821B

## EIGHTH AFFIRMATIVE DEFENSE

All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Plaintiff's Complaint and, therefore, this answering Defendant reserves the right to amend this Answer to allege additional affirmative defenses, if subsequent investigation so warrants.

WHEREFORE, Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by reason of her Complaint on file herein;

2.    For reasonable attorney's fees;

3.    For costs of suit incurred herein; and

4.    For such other and further relief as the Court deems just and proper.

## AFFIRMATION

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding pleading **does not contain the social security number of any person.**

DATED:  September 14, 2020

BURNHAM BROWN

By

LYNN V. RIVERA
NEVADA BAR NO. 6797
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: (775) 398-3065

Attorneys for Defendant
STARBUCKS CORPORATION

4830-6426-9258, v. 1

3

DEFENDANT STARBUCKS CORPORATION'S ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

No.  20TRT 000821B

1

2   Re:         Yolanda Wells v. Starbucks Corporation, et al.

    Court:       Eight District Court Clark County

3   Action No:    20 TRT 000521B

4                          28      **PROOF OF SERVICE**

5        I declare that I am over the age of 18, not a party to the above-entitled action, and am an

6   employee of Burnham Brown whose business address is 1901 Harrison Street, Suite 1400,

    Oakland, Alameda County, California 94612-3523 (mailing address: Post Office Box 119,

7   Oakland, California 94604-0119).

8        On September 14, 2020 , I served the following document(s) in the following manner(s):

9                            **SEE LIST OF DOCUMENTS**

10       ☒       **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s)
                 listed above to a messenger service for personal delivery to the following
11               person(s) at the following address on the date set forth below

    | Charles M. Kilpatrick, Esq. | Attorneys for Plaintiff |
12  | Angela D. Bullentini, Esq. | YOLANDA WELLS |
    | Adam L. Woodrum, Esq. | |
13  | KILPATRICK BULLENTINI | |
    | 412 North Division street | |
14  | Carson City, NV  89703 | |
    | Tel:  (775) 882-6112 | |
15  | Fax: (775) 882-6114 | |
    | Email: | |
16

17

18       I declare under penalty of perjury under the laws of the State of California and the United

    States of America that the foregoing is true and correct.

19

20  DATE:       September 14, 2020

                                        */s/ Peggy Ortega*
21                                       An emmployee of Burnham Brown

22

23  4833-3316-3978, v. 1

24

25

26

27

28
                                        3
    DEFENDANT STARBUCKS CORPORATION'S INITIAL APPEARANCE FEE        No. 20TRT 000521B
    DISCLOSURE

1   LYNN V. RIVERA, ESQ.
    NEVADA BAR NO. 6797
2   **BURNHAM BROWN**
    A Professional Law Corporation
3   200 S. Virginia Street, 8th Floor
    Reno, Nevada 89501
4   ---
    Telephone:     (775) 398-3065
5   Facsimile:     (877) 648-5288
    Email:         lrivera@burnhambrown.com
6
    Attorneys for Defendant
7   STARBUCKS CORPORATION

8

9

10                    UNITED STATES DISTRICT COURT

11                          STATE OF NEVADA

12  YOLANDA WELLS,                        | Case No.

13          Plaintiff,

14  vs.                                   | **DEFENDANT STARBUCKS
                                          | CORPORATION'S NOTICE OF
15  STARBUCKS CORPORATION, and DOES       | PENDENCY OF OTHER ACTIONS OR
    I – V,                                | PROCEEDINGS**
16
            Defendants.
17

18          TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

19  FOR THE DISTRICT OF NEVADA:

20          PLEASE TAKE NOTICE that Defendant Starbucks Corporation ("Defendant") hereby

21  provides notice of the pending court action in the First Judicial District Court of Carson

22  County, State of Nevada, Yolanda Wells v. Starbucks Corporation, Case No. A-20TRT-

23  000521B.

24          Plaintiff's First Amended Complaint was filed on August 19, 2020;

25          Counsel for Plaintiff:  Adam L. Woodrum, Kilpatrick Bullentini, 412 North Division

26  Street, Carson City, Nevada 89703; Telephone 775.882-6112.

27          Counsel for Defendant Starbucks Corporation:  Lynn V. Rivera, Burnham Brown, PLC,

28  200 S. Virginia Street, 8th Floor, Reno, Nevada, 89501. Telephone: 775.398.3065.

                                            1

1    Defendant believes this entire action should be removed to the United States District

2  Court for the District of Nevada pursuant to the reasons set forth in the accompanying Petition

3  for Removal.

4

   DATED:  September 24, 2020          BURNHAM BROWN
5

6                                      By /s/ Lynn V. Rivera
                                          LYNN V. RIVERA
7                                         NEVADA BAR NO. 6797
                                          200 S. Virginia Street, 8th Floor
8                                         Reno, Nevada 89501
                                          Telephone: (775) 398-3065
9                                         Attorneys for Defendant
                                          STARBUCKS CORPORATION
10

11   4828-0252-0522, v. 1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2

Re:         Yolanda Wells v. Starbucks Corporation, et al.
Court:      United States District Court, Nevada
Action No:

## CERTIFICATE OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, Suite 1400, Oakland, Alameda County, California 94612-3523 (mailing address: Post Office Box 119, Oakland, California 94604-0119).

On September 24, 2020, I served the following document(s) in the following manner(s):

**DEFENDANT STARBUCKS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

☒     **BY E-FILING** (USDC, District Court, State of Nevada): I caused such document(s) to be sent electronically to the court; electronic filing constitutes service upon the parties who have consented to electronic service.

| | |
|---|---|
| Charles M. Kilpatrick, Esq.<br>Angela D. Bullentini, Esq.<br>Adam L. Woodrum, Esq.<br>KILPATRICK BULLENTINI<br>412 North Division street<br>Carson City, NV  89703<br>Tel: (775) 882-6112<br>Fax:  (775) 882-6114 | Attorneys for Plaintiff<br>YOLANDA WELLS |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATE:        September 24, 2020

_/s/ Peggy Ortega_
An empployee of Burnham Brown

4828-0252-0522, v. 1

3
DEFENDANT STARBUCKS CORPORATION'S NOTICE OF PENDENCY OF          No.
OTHER ACTIONS OR PROCEEDINGS