1
2
3
4
5
6
7
8
9
10            UNITED STATES DISTRICT COURT

11                  STATE OF NEVADA

12   YOLANDA WELLS,                    Case No. 3:20-cv-00547 RCJ-WGC

13            Plaintiff,
                                       ORDER FOR DISMISSAL WITH
14   vs.                               PREJUDICE

15   STARBUCKS CORPORATION, and DOES
     I – V,
16
              Defendants.
17

18

19         IT IS HEREBY STIPULATED, by and between the parties, through their respective

20   counsel of record, that all claims against Defendant STARBUCKS CORPORATION. in the

21   above entitled action be dismissed with prejudice, each party to bear their own attorney's fees,

22   costs and related expenses.

23   ///

24   ///

25   ///

26   ///

27   ///

28
                                          1

DATED:  April 16, 2021

BURNHAM BROWN


_/s/ Lynn V. Rivera_____
LYNN V. RIVERA
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Attorneys for Defendant
STARBUCKS CORPORATION


DATED:  April 19, 2021

KILPATRICK BULLENTINI LAW FIRM


_/s/ Adam L. Woodrum_____
Adam L. Woodrum
412 North Division Street
Carson City, NV  89703
Attorneys for Plaintiff
YOLANDA WELLS


IT IS SO ORDERED.


DATED:  April 23, 2021._____

UNITED STATES DISTRICT COURT JUDGE